IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DEBRA BLAKNEY BROWN              :           CIVIL ACTION
                                :
              vs.               :
                                :
ENCLARA PHARMACIA, INC.         :           NO.  16-1359


**O R D E R**


      **AND NOW, TO WIT:** This 4th  day of August, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


BY THE COURT


 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
U.S. MAGISTRATE JUDGE